IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 1:21-cv-10364-MBB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| ROBERT F. CALLAHAN, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION TO THE ENTRY OF JUDGMENT**

Plaintiff, the United States of America, and Defendant, Robert F. Callahan, agree to the entry of final judgment as follows:

1.      Defendant Robert F. Callahan is liable to the United States for federal income taxes, penalties, and interest for the tax years 2006, 2009, 2010, 2011, 2012, 2013, 2014, 2015, and 2016, in the respective amounts of $93,561.77, $7,350.29, $21,154.96, $33,386.50, $72,103.63, $46,950.62, $18,931.06, $28,754.81, and $33,773.65, as of July 14, 2021, plus statutory additions from and after that date until fully paid.  The total amount of Defendant Robert F. Callahan's liabilities for the tax years 2006, 2009, 2010, 2011, 2012, 2013, 2014, 2015, and 2016 as of that date is $355,967.29.

2.      On the dates of the federal tax assessments for Defendant Robert F. Callahan's 2006, 2009, 2010, 2011, 2012, 2013, 2014, 2015, and 2016 tax years, valid and subsisting federal tax liens arose in favor of Plaintiff the United States of America for the taxes plus associated penalties and interest, which liens attached to all property and rights to property of Defendant Robert F. Callahan, including certain real property owned by Defendant Robert F. Callahan located at 5 Flagg Street, Woburn, Massachusetts 01801, more particularly described in the

-2-

quitclaim deed recorded at the Middlesex South Registry of Deeds on March 24, 2010, at Book 54443, page 584; and

3.  Each party shall bear its own costs of litigation, including any possible attorney's fees.

IT IS SO ORDERED.

Dated: November 30, 2021

_____
U.S. Magistrate Judge

AGREED:

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ROBERT F. CALLAHAN, Defendant |

DAVID A. HUBBERT
Deputy Assistant Attorney General
Tax Division, U.S. Department of Justice

*/s/ Noah D. Glover-Ettrich*
NOAH D. GLOVER-ETTRICH
Trial Attorney, Tax Division
United States Department of Justice
P.O. Box 55, Ben Franklin Station
Washington, D.C. 20044
(202) 514-9838 (p)
(202) 514-5238 (f)
Noah.D.Glover-Ettrich@usdoj.gov
*Counsel for Plaintiff*

*/s/ James H. Everett (w/ consent)*
JAMES H. EVERETT (BBO# 654104)
DeFrancheschi & Klemm, P.C.
6 Beacon Street, Suite 515
Boston, MA 02108
(617) 723-6068
james@dktaxlaw.com

*Counsel for Defendant*